# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

LARRY DARLINGTON,

        Plaintiff,                Civil Action No.: 21-cv-60716

v.

COMBE, INC., et al.,

        Defendants.

## DEFENDANT COMBE INCORPORATED'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Combe Incorporated (hereinafter "Combe") hereby gives notice of its removal of the civil action titled *Larry Darlington v. Combe, Inc. et al.*, Case No. CACE-21-003768 in the Circuit Court of the 17th Judicial Circuit in Broward County, Florida, to the United States District Court for the Southern District of Florida. Combe states the following in support:

**A.**    **Diversity of Citizenship**

1. Plaintiff is a citizen of Florida. *See* Compl. ¶ 2.

2. Combe is Delaware corporation with its principal place of business in the State of New York. Therefore, Combe is a citizen of Delaware and New York for purposes of diversity.

3. Walgreens, Inc. (hereinafter "Walgreens") is an Illinois corporation with its principal place of business in the State of Illinois. Therefore, Walgreens is a citizen of Illinois for purposes of diversity.[1]

4. Accordingly, there is complete diversity of citizenship between Plaintiff and all named defendants.

**B.**    **The Amount in Controversy is Satisfied**

---

[1] Neither Walgreens nor Combe has been served with process in the instant case.

5.      The amount in controversy requirement for diversity jurisdiction is met in this case because it is facially apparent from the complaint that the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs."  28 U.S.C. § 1332(a); *see also Williams v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001) ("When the complaint does not claim a specific amount of damages, removal from state court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement.").

6.      Here it is evident based on a fair reading of Plaintiff's Complaint that the matter in controversy exceeds $75,000.  Plaintiff's Complaint alleges 10 complex products liability counts against two corporate defendants, and Plaintiff claims that as a result of the actions/omissions of the defendants, "Plaintiff suffered severe and permanent injuries, mental anguish, disfigurement, pain and suffering, loss of enjoyment of life, lost wages, lost earning capacity, and/or medical expenses."  *See* Compl. ¶12.  Additionally, in settlement conversations, Plaintiff has demanded settlement amounts in excess of $75,000.  *See Lutins v. State Farm Mut. Auto. Ins. Co.*, No. 3:10-CV-817-J-99MCR, 2010 WL 6790537, at *2 (M.D. Fla. Nov. 4, 2010) (amount in controversy requirement satisfied where Plaintiff made settlement demand in excess of $75,000).

7.      Accordingly, while Combe disputes that it is liable to Plaintiff for damages in any amount, Plaintiff has clearly alleged more than the jurisdictional threshold of $75,000.01 exclusive of interests and costs.

**C.      Combe Has Satisfied the Procedural Requirements for Removal**

8.      This removal is timely filed pursuant to 28 U.S.C. § 1446(b).  As of the date of filing of this notice of removal, no Defendant has yet been served in the instant case.

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed in the State Court Action are attached as Exhibit A.

10. Pursuant to 28 U.S.C. § 1446(b), all properly joined and served defendants have consented to removal of this case. The consent of Walmart, which has not yet been served, is not required for removal. *Gay v. Fluellen*, No. 806-CV-2382T-30MSS, 2007 WL 676219, at *1, n. 5 (M.D. Fla. Mar. 1, 2007) (explaining exception to the general rule that all defendants consent to removal when "the non-consenting defendants had not been served with process at the time the notice of removal was filed.").

11. The Circuit Court of the 17th Judicial Circuit in Broward County, Florida, where the State Court Action is pending, is located within the United States District Court for the Southern District of Florida. Venue is thus proper pursuant to 28 U.S.C. § 105(a), because this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 91.

12. No previous application has been made for the relief requested herein.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy is being filed with the Circuit Court of the 17th Judicial Circuit in Broward County, Florida, where the State Court Action is pending.

14. By removing this action to this Court, Combe does not waive any defenses, objections, or motions available under state or federal law. Combe expressly reserve the right to move for dismissal of some or all of Plaintiff's claims and/or seek dismissal on grounds of lack of personal jurisdiction, improper venue, or under the doctrine of *forum non conveniens*.

WHEREFORE, Combe hereby remove this action from the Circuit Court of the 17th Judicial Circuit in Broward County, Florida to the United States District Court for the Southern District of Florida.

Date:	April 2, 2021	Respectfully submitted by:

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Lorenia Lopez*
Lorenia Lopez (Florida Bar No. 1015356)
200 South Biscayne Boulevard, Ste. 400
Miami, FL 33131-5354
Telephone: (786) 322-7500
Facsimile: (786) 322-7501
lorenia.lopez@bclplaw.com

Stephen G. Strauss
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020 (Facsimile)
sgstrauss@bclplaw.com

*Attorneys for Combe Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, my office served copies of the foregoing Corporate Disclosure Statement upon the following by first class United States mail, postage prepaid:

Armando G. Hernandez, Esq.
Law Offices of Armando G. Hernandez
780 Tamiami Canal Road
Miami, Florida 33144
Telephone: 305-517-3540
Facsimile:  786-513-7888
Armando@aghlawfirm.com

*Counsel for Plaintiff*

By: /s/ *Lorenia Lopez*